# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE COUNT P SCOTT<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF PASADENA , et al.<br><br><br>    Defendant(s). | CASE NO:<br>2:07−cv−07856−MMM−AJW<br><br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above−entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

  **IT IS SO ORDERED.**

Dated: February 24, 2014

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge